**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1652-22

BOARD OF EDUCATION OF THE
TOWNSHIP OF PENNSAUKEN,
CAMDEN COUNTY,

 Petitioner-Appellant,

v.

DR. LOVELL PUGH-BASSETT,
EXECUTIVE COUNTY
SUPERINTENDENT, CAMDEN
COUNTY OFFICE OF EDUCATION,
CAMDEN COUNTY,

 Respondent-Respondent,

and

BOARD OF EDUCATION OF THE
TOWNSHIP OF PENNSAUKEN,
CAMDEN COUNTY,

 Petitioner-Appellant,

v.

PEGGY NICOLOSI, INTERIM
EXECUTIVE COUNTY
SUPERINTENDENT, NEW JERSEY

DEPARTMENT OF EDUCATION,

    Respondent-Respondent.

_____

Submitted February 3, 2025 – Decided February 10, 2025

Before Judges Sabatino and Gummer.

On appeal from the New Jersey Commissioner of Education, Docket Nos. 304-12/18 and 36-2/19.

Gorman, D'Anella, and Morlok, LLC, attorneys for appellant (William C. Morlok and Sara E. Kulp, on the briefs).

Matthew J. Platkin, Attorney General, attorney for respondents (Donna Arons, Assistant Attorney General, of counsel; Laurie Fichera, Deputy Attorney General, on the brief).

PER CURIAM

We have been advised that this matter has been amicably resolved, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1652-22